Robert Novack
Charles W. Stotter
J. Emma Mintz
BRESSLER, AMERY & ROSS, P.C.
325 Columbia Turnpike
Florham Park, New Jersey 07932
(973) 514-1200
*Attorneys for Defendant*
*American Sugar Refining, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTERNATIONAL SPICE HOLDINGS, LLP,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN SUGAR REFINING, INC.,<br><br>Defendant. | Civil Action No. 3:17-CV-00102-PGS-TJB<br><br><br>**SIXTH STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING A CERTAIN INTERIM SCHEDULING ORDER DATE** |

**WHEREAS,** the Court entered a Scheduling Order on June 1, 2017 [ECF No. 17] (the "Scheduling Order"), a Stipulation And Order Extending Certain Scheduling Order Dates on September 14, 2017 [ECF No. 21] (the "Stipulation and Order"), a Second Stipulation and Order Extending Certain Scheduling Order Dates on February 23, 2018 [ECF No. 25] (the "Second Stipulation and Order"), a Third Stipulation and Order Extending A Certain Scheduling Order Date on April 17, 2018 [ECF No. 26] (the "Third Stipulation and Order"), a Fourth Stipulation and Order Extending A Certain Scheduling Order Date on May 21, 2018 [ECF No. 27] (the "Fourth Stipulation and Order"), and a Fifth Stipulation and Order Further Extending Certain Scheduling Order Dates on June 18, 2018 [ECF No. 28] (the "Fifth Stipulation and Order"), setting forth a schedule to govern this action; and

1

**WHEREAS,** the parties have continued to be engaged in processing electronically stored information ("ESI") from multiple custodians in order to respond to written discovery requests and have worked to make manageable the amount of collected ESI needing review and production given the parameters of this action, inclusive of negotiation of search terms and other ESI collection/production issues;

**WHEREAS,** during this process, the parties exchanged certain information that facilitated the tendering of a settlement proposal on March 30, 2018 designed to resolve all claims, a response to the settlement proposal on May 2, 2018 designed to resolve all claims, and a counter-response on June 13, 2018 designed to resolve all claims;

**WHEREAS,** the parties have been reviewing whether a workable settlement may be possible based on said proposals that would obviate the need for further production/review of collected ESI;

**WHEREAS,** the parties had to date devoted resources to exploring such a settlement as opposed to discovery, and will continue to do so as they deem appropriate, but plan to move this action forward with production of ESI and other discovery while continuing consideration of a potential settlement;

**WHEREAS,** due to the amount of collected ESI remaining to be reviewed and produced, the parties believe that one of the internal or interim scheduling dates set forth in the Fifth Stipulation and Order should be further extended for such good cause as hereby shown;

**IT IS HEREBY STIPULATED AND AGREED** by the parties as follows:

1. The date set forth in Paragraph 1 of the Fifth Stipulation and Order, for the parties to complete review and production of ESI, is extended to and through **July 31, 2018**.

2.  All other dates and time frames not already passed, and other provisions, set forth in the Fifth Stipulation and Order shall remain the same.

So stipulated by counsel for the parties this 11th day of July 2018.

| **LAWRENCE C. HERSH, ESQ.** | **BRESSLER, AMERY & ROSS, P.C.** |
|---|---|
| By /s/ Lawrence C. Hersh<br>    Lawrence C. Hersh, Esq. | By /s/ Charles W. Stotter<br>    Robert Novack, Esq.<br>    Charles W. Stotter, Esq.<br>    J. Emma Mintz, Esq. |
| 17 Sylvan Street - Suite 102B<br>Rutherford, NJ 07070<br>Tel: (201) 507-6300<br>Fax: (201) 507-6311 | 325 Columbia Turnpike<br>Florham Park, NJ 07932<br>Telephone: (973) 514-1200<br>Fax: (973) 514-1660 |
| lh@herschlegal.com | rnovack@bressler.com<br>cstotter@bressler.com<br>cgallo@bressler.com |
|   -and- | *Attorneys for Defendant/Counterclaim Plaintiff American Sugar Refining, Inc.* |
| Cameron S. Reuber, Esq. (admitted pro hac vice)<br>Lori Cooper, Esq. (to apply for pro hac vice)<br>LEASON ELLIS LLP | |
| One Barker Avenue – Fifth Floor<br>White Plains, NY 10601<br>Tel: (914) 288-0022<br>Fax: (914) 288-0023 | |
| reuber@leasonellis.com<br>cooper@leasonellis.com | |
| *Attorneys for Plaintiff/Counterclaim Defendant International Spice Holdings, Inc.* | |

**IT IS SO ORDERED.**

Dated: 7/12/2018

_____
HON. TONIANNE BONGIOVANNI, U.S.M.J.

4892518

3