**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
**(609) 989-2040**

| | |
|---|---|
| CHAMBERS OF<br>**TONIANNE J. BONGIOVANNI**<br>**UNITED STATES MAGISTRATE JUDGE** | U.S. COURTHOUSE<br>402 E. STATE STREET, RM 6052<br>TRENTON, NJ 08608 |

September 24, 2018

**LETTER ORDER**

Re:   **International Spic Holdings, LLP v. American Sugar Refining, Inc.**
      **Civil Action No. 17-102 (PGS)**

Dear Counsel:

Please be advised that due to a scheduling conflict, the telephone conference scheduled to take place on **October 4, 2018 at 3:30 p.m.** shall now take place on **October 5, 2018 at 3:30 p.m.** Plaintiff's counsel is directed to initiate the conference.

**IT IS SO ORDERED.**

          s/ Tonianne J. Bongiovanni
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**